# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ELOI VELASCO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>W. L. MONTGOMERY, Warden,<br><br>　　　　Respondent. | Case No. CV 17-5678-JAK (JEM)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  July 10, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE